IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :         CRIMINAL ACTION

         v.                                  :

                                        :         No. 09-00091

BRIAN ELSTON

## ORDER

**AND NOW**, this 2nd day of October, 2023, upon consideration of Defendant's Motion for Early Termination of Supervised Release pursuant to 18 U.S.C. § 3583(e)(1) and the government's response, it is hereby **ORDERED** that said Motion [Doc. 50] is **DENIED**.

                                                    **BY THE COURT:**

                                                    */s/ Jeffrey L. Schmehl*
                                                   **JEFFREY L. SCHMEHL, J.**

1